O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7010 AHM (MANx) | Date | March 3, 2009 |
|---|---|---|---|
| Title | MARILU MURPHY v. DOVE CAPITAL CORP., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held): ORDER CONTINUING MOTION TO DISMISS [6]

In her response to the Court's order to show cause, Plaintiff requested a continuance of the hearing date on Defendant Chase Home Finance LLC's motion to dismiss the complaint. The Court hereby continues the hearing date to April 6, 2009. Plaintiff's opposition is due March 23, 2009 and Defendant's reply is due March 30, 2009.

_____ : _____

Initials of Preparer    se