O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-7010-AHM (MANx) | Date | April 6, 2009 |
|---|---|---|---|
| Title | MARILU MURPHY v. DOVE CAPITAL CORP., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Rick Gaxiola | Valerie K. Breman |

**Proceedings:** DEFENDANT CHASE HOME FINANCE, LLC.'S MOTION TO DISMISS COMPLAINT [6] (non-evidentiary)

For reasons stated on the record, the Court grants the motion to dismiss. A first amended complaint must be filed by not later than April 27, 2009.

Court instructs plaintiff to refile her proofs of service as to the remaining defendants here in federal court.

| | : | 06 |
|---|---|---|
| | Initials of Preparer | SMO |