JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7010 AHM (MANx) | Date | May 11, 2009 |
|---|---|---|---|
| Title | MARILU MURPHY v. DOVE CAPITAL CORP., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On April 6, 2009, the Court granted Defendant Chase Home Finance, LLC's motion to dismiss the complaint, with leave for Plaintiff to file a first amended complaint by not later than April 27, 2009. Plaintiff has not filed a first amended complaint. Accordingly, as against Defendant Chase Home Finance, LLC only, the Court dismisses the action with prejudice.

                                                                       : 
                                              Initials of Preparer    SMO

JS - 6